## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **NANCY BIGGERSTAFF,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | No.2:11CV68SNLJ/DDN |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER AND JUDGMENT

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge David D. Noce [14], filed January 18, 2011 be and is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the defendant's motion to reverse and remand and for entry of final judgment [12 ] be and is **GRANTED.**

**IT IS FURTHER ORDERED** that the final decision of the Commissioner denying the plaintiff's application for disability benefits be and is **REVERSED**.

**IT IS FINALLY ORDERED, ADJUDGED, AND DECREED** that pursuant to Sentence Four of 42 U.S.C. §405(g), this case is **REMANDED** to the Commissioner for further proceedings consistent with the United States Magistrate Judge's Report and Recommendation [14]. This Court does not retain jurisdiction of this case.

Dated this 29th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE